1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3  JAMES A. BLUM
   Assistant United States Attorney
4  501 Las Vegas Blvd. So., Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-6336
   James.Blum@usdoj.gov
6  Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:19-CV-616-MMD-CBC |
| Plaintiff, | **Order for Summonses and Warrants of Arrest in Rem for the Property and Notice** |
| v. | |
| Unknown manufacturer, model M2HB, .50 caliber rifle, serial number 010013 converted into a machinegun by SBGW; MAADI, model ARM, 7.62x39 mm rifle, with obliterated serial number converted into a machinegun by SBGW; Unknown manufacturer, model A, 9mm rifle, serial number SA14161 converted into machinegun by SBGW; Ruger, model mini-14, .223 caliber rifle, serial number 186-54192 made into a SBR by SBGW; Sig Sauer, model MCX Rattler, .223 caliber rifle, serial number 20L013436 made into a SBR by SBGW; and American Tactical, 9mm rifle, serial number A774196 made into a SBR by SBGW, | |
| Defendants. | |

A Complaint for Forfeiture in Rem arising from a federal statute has been filed by the United States of America pursuant to Supplemental Rules for Admiralty or Maritime

Claims and Asset Forfeiture Actions (Fed. R. Civ. P. Supp. Rule) G.  The Court, having reviewed the Complaint, has found probable cause and that the United States has possession of the defendant property; therefore, the clerk shall issue Summonses and Warrants of Arrest in Rem for the Property, pursuant to Fed. R. Civ. P. Supp. Rule G(3)(b).

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Summonses and Warrants of Arrest in Rem for the Property issue against (1) Unknown manufacturer, model M2HB, .50 caliber rifle, serial number 010013 converted into a machinegun by SBGW; (2) MAADI, model ARM, 7.62x39 mm rifle, with obliterated serial number converted into a machinegun by SBGW; (3) Unknown manufacturer, model A, 9mm rifle, serial number SA14161 converted into machinegun by SBGW; (4) Ruger, model mini-14, .223 caliber rifle, serial number 186-54192 made into a SBR by SBGW; (5) Sig Sauer, model MCX Rattler, .223 caliber rifle, serial number 20L013436 made into a SBR by SBGW; and (6) American Tactical, 9mm rifle, serial number A774196 made into a SBR by SBGW (property);

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States seize, arrest, attach, take into custody, and retain the property;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that notice of the action and the arrest be given by the United States on the United States' official internet forfeiture site, www.forfeiture.gov, for at least 30 consecutive days pursuant to Fed. R. Civ. P. Supp. Rule G(4)(a)(iv) which is reasonably calculated to notify potential claimants of this action;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that a copy of the Complaint for Forfeiture In Rem, this Order, the Summonses and Warrants of Arrest

in Rem for the Property, and the Notice of Complaint for Forfeiture and Arrest be personally served or sent by certified mail, return receipt requested, and regular mail to any person who reasonably appears to be a potential claimant on facts known to the United States before the end of the 60 day publication period which is reasonably calculated to notify potential claimants of this action;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States shall file proof of publication and service with the Clerk of this Court;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that a person or an entity who asserts an interest in the defendant property must, pursuant to Fed. R. Civ. P. Supp. Rule G(5), file a verified claim, setting forth the person's or its interest in the property, that (a) identifies the specific property claimed, (b) identifies the claimant and states the claimant's interest in the property, and (c) is signed by the claimant under penalty of perjury pursuant to 28 U.S.C. § 1746;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the person or entity must file the verified claim with the Clerk of the above-entitled Court no later than 35 days after the notice is sent or, if direct notice was not sent, no later than 60 days after the first day of publication on the official internet government forfeiture site, www.forfeiture.gov;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the person or entity must file an answer to the Complaint for Forfeiture in Rem or a motion under Rule 12 with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South Virginia Street, 3rd Floor, Reno, Nevada 89501, no later than 21 days after filing the verified claim;

/ / /

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the person or entity must serve a copy of the verified claim and the answer at the time of each filing on James A. Blum, Assistant United States Attorney, 501 Las Vegas Boulevard South, Suite 1100, Las Vegas, Nevada 89101.

Failure to file a verified claim and an answer within the prescribed times shall result in a judgment of forfeiture by default.

DATED October 15, 2019.

_____
UNITED STATES DISTRICT JUDGE