UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:19-cv-00616-MMD-CLB |
| Plaintiff, | ORDER |
| v. | |
| UNKNOWN MANUFACTURER, MODEL M2HB, .50 CALIBER RIFLE, SERIAL NUMBER 010013 CONVERTED INTO A MACHINEGUN BY SBGW, *et al.* | |
| Defendants. | |

This case stems from Plaintiff United States of America filing a civil complaint on October 9, 2019 for forfeiture *in rem* against (1) Unknown manufacturer, model M2HB, .50 caliber rifle, serial number 010013 converted into a machinegun by SBGW[1]; (2) MAADI, model ARM, 7.62x39 mm rifle, with obliterated serial number converted into a machinegun by SBGW; (3) Unknown manufacturer, model A, 9mm rifle, serial number SA14161 converted into machinegun by SBGW; (4) Ruger, model mini-14, .223 caliber rifle, serial number 186-54192 made into a SBR by SBGW; (5) Sig Sauer, model MCX Rattler, .223 caliber rifle, serial number 20L013436 made into a SBR by SBGW; and (6) American Tactical, 9mm rifle, serial number A774196 made into a SBR by SBGW ("Defendant Properties"). (ECF No. 1.) Defendant Properties were seized from Tina Clare and Raymond Clare. (ECF No. 1 at 3.) To date, no person or entity has filed a claim, answer, or responsive pleading to the Complaint. The United States subsequently sought and was granted entry of Clerk's default against Defendant Properties and all persons or entities who may claim an interest in Defendant Properties—including Silver Bullet Gun Works. (ECF Nos. 8, 9.) Presently before the Court is the United States' motion for entry of default

---

[1]"SBGW" refers to Silver Bullet Gun Works. (*See* ECF No. 1 at 5.)

judgment and final judgment of forfeiture against the same persons and entities, which was filed on February 28, 2020 ("Motion"). (ECF No. 10.) The Motion is accompanied by a proposed order of default judgment of forfeiture and final judgment of forfeiture, which details that the United States has satisfied the requisite requirements to obtain default judgment here. (ECF No. 10-2.) There has been no response to the Motion to date.

In light of the lack of any response to the Motion, the Court will grant the Motion pursuant to Local Rule 7-2(d) and adopt the proposed order. *See* LR 7-2(d) (providing that "failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney[s'] fees, constitutes a consent to the granting of the motion").

It is therefore ordered that the United States' motion for default judgment (ECF No. 10) is granted and the Court adopts the accompanying proposed order (ECF No. 10-2).

It is further ordered that the Clerk of the Court enter default judgment of forfeiture against all persons or entities who may claim an interest in Defendants.

It is further ordered that the Clerk enter final judgment of forfeiture in favor of the United States and against Defendants, Tina Clare, Raymond Clare, Silver Bullet Gun Works, and all other persons and entities who may claim an interest in Defendants.

The Clerk is directed to enter final judgment pursuant to this and the signed proposed order, which should be attached hereto, and close this case.

DATED THIS 27th day of March 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE